**APPROVED** this 25th day of February, 2026. The Parties shall **FILE** a Joint Status Report by March 3, 2026.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

/s/
George L. Russell, III
Chief United States District Judge

| | | |
|---|---|---|
| WILSON JAVIER CEDILLO, | * | |
| Petitioner, | * | Case No. 8:26-cv-00349-GLR |
| v. | * | |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Petitioner, Wilson Javier Cedillo, and Respondents, United States Department of Homeland Security ("DHS") Secretary Kristi Noem, United States Attorney General Pamela Bondi, United States Immigration and Customs Enforcement ("ICE") Acting Director Todd Lyons, and ICE Baltimore Field Office Acting Field Office Director Vernon Liggins, by and through their respective undersigned counsel, submit this Joint Status Report in accordance with the Court's February 4, 2026 Order (ECF No. 7) and state:

1.      On February 12, 2026, Petitioner filed a bond motion with the Immigration Court in Adelanto, California.

2.      On February 18, 2026, the Immigration Court in Adelanto, California scheduled a bond hearing for Petitioner for Friday, February 20, 2026 at 1:00 PM local time. *See* Exhibit 1, February 18, 2026 Notice of Custody Redetermination Hearing in Immigration Proceedings.

3.      On February 20, 2026, the Immigration Court in Adelanto, California held a bond hearing for Petitioner. The Immigration Judge granted Petitioner bond in the amount of $5,000 and further ordered that Petitioner be subject to Alternatives to Detention. *See* Exhibit 2, February

20, 2026 Order of the Immigration Judge.  DHS reserved appeal of the Immigration Judge's decision.  *See id.*[1]

4.      On February 23, 2026, Petitioner's family attempted to pay bond at the ICE Baltimore Field Office.  However, the ICE Baltimore Field Office was closed due to inclement weather.  Petitioner's family attempted to pay bond at the ICE Baltimore Field Office today, February 24, 2026, but the office did not accept bond payments after 1:00 PM.  Respondents note that CeBONDS, a web-based system utilized by ICE for payment of bonds, is an online option for Petitioner to pay bond.

5.      In light of the circumstances described herein, the parties suggest that they file a supplemental Joint Status Report within 7 days, *i.e.*, on or before March 3, 2026, concerning the status of Petitioner's payment of bond.

Dated:  February 24, 2026

Respectfully submitted,

  /s/  Ronald D. Richey                         
Ronald D. Richey, Esq.
MD Bar# 0906240005
Law Office of Ronald D. Richey
19785 Crystal Rock Dr., Ste. 307
Germantown, MD  20874
T: (301) 738-2338
info@immigrationlawrichey.com

*Counsel for Petitioner*

Kelly O. Hayes
United States Attorney

By:    /s/  Megan L. Micco                       
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Megan.Micco@usdoj.gov

*Counsel for Respondents*

---

[1] Respondents' counsel has informed Petitioner's counsel that reservation of appeal does not preclude a petitioner from paying bond.  Reservation of appeal affords DHS the opportunity to determine whether it wishes to appeal.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of February, 2026, a copy of the foregoing Joint Status Report was served electronically on all parties and counsel receiving service via CM/ECF in this case.

*/s/  Megan L. Micco*
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney

# EXHIBIT 1

IMMIGRATION COURT
10250 RANCHO RD., SUITE 201A
ADELANTO, CA  92301


Law Office of Ronald D. Richey
Richey, Ronald Darwin
19785 Crystal Rock Dr.
Suite 307
Germantown, MD  20874


FILE: A221-489-584

RE:  CEDILLO, WILSON JAVIER


NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS


PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Feb 20, 2026 AT 1:00 P.M. AT THE FOLLOWING ADDRESS:

22844 VIRGINIA BOULEVARD
CALIFORNIA, CA  93505

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.


_____
CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [E] ALIEN's ATT/REP  [E] DHS
DATE:  __2/18/2026_____   BY:  COURT STAFF __Valerie Roberts_____
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____


U7

# EXHIBIT 2



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ADELANTO IMMIGRATION COURT**

Respondent Name:

    CEDILLO, WILSON JAVIER

To:

    Richey, Ronald Darwin
    19785 Crystal Rock Dr.
    Suite 307
    Germantown, MD 20874

A-Number:
221-489-584
Riders:
In Custody Redetermination Proceedings

Date:
02/20/2026

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☑ released from custody under bond of $ 5,000.00
    ☑ other:
        with alternatives to detention

☐ Other:

*R Amaya*

Immigration Judge: AMAYA, ROBERTO 02/20/2026

Appeal:    Department of Homeland Security: ☐ waived  ☑ reserved
           Respondent:                      ☑ waived  ☐ reserved
Appeal Due: 03/23/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CEDILLO, WILSON JAVIER | A-Number : 221-489-584
Riders:
Date: 02/20/2026 By: Estela Herrera, Court Staff